UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| MARK ALLEN TABIT | Case No. 12-34517-dof |
| XXX-XX-3659 | Chapter 7 |
| BARBARA JEANNE TABIT | Hon. Daniel S. Opperman |
| xxx-xx-8450 | Pet.Filed: 11/16/2012 |
| 10887 Converse | |
| Fowlerville, MI 48836 | |

                    Debtor      /

<u>ORDER GRANTING IN REM CLAIM FOR FEES AND COSTS</u>

The matter having come before the court upon the motion of Victor Lotycz and Mike Jones for protective order, the court having held a hearing on same, and rendered an Opinion on March 21, 2013 (Docket No. 34);

IT IS HEREBY ORDERED that Victor Lotycz and Mike Jones shall have an in rem lien on a certain 2002 Chevrolet Trailblazer bearing VIN 1GNDS13S522252095, and the SW357 Magnum, and may perfect same pursuant to State Law in the amount of $647.00.

Upon failure of the debtors to satisfy said lien, Lotycz and Jones may enforce the lien pursuant to State Law remedies.

IT IS FURTHER ORDERED that the lien amount of $647.00 is payable forthwith.

**Signed on May 13, 2013**

                                        <u>/s/ Daniel S. Opperman</u>
                                        **Daniel S. Opperman**
                                        **United States Bankruptcy Judge**